Case 7:25-cv-03485-KMK    Document 30    Filed 04/21/26    Page 1 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CRISOFORO FLORES,

        Plaintiff,

    -against-

TORTILLERIA LA POBLANITA, INC. d/b/a
Westchester Mexican Foods, and JOEL REYES,

        Defendants.

Case No. 7:25-cv-03485-KMK

**JUDGMENT**

---

On April 20, 2026, plaintiff CRISOFORO FLORES filed a notice of acceptance of an offer of judgment against the defendants, TORTILLERIA LA POBLANITA, INC. d/b/a Westchester Mexican Foods, and JOEL REYES, pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the plaintiff, CRISOFORO FLORES, has judgment against the defendants, TORTILLERIA LA POBLANITA, INC. d/b/a Westchester Mexican Foods, and JOEL REYES, in the amount of $90,000.00 (NINETY-THOUSAND DOLLARS), inclusive of attorneys' fees, costs and prejudgment interest.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have as to damages, or any other form of relief, arising out of the alleged acts or omissions of the Defendants, in connection with the facts and circumstances that are the subject of this action.

This judgment is entered pursuant to Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by the Defendants, or any officer,

employee or agent, either past or present of the Defendants; nor is it an admission that

Plaintiff has suffered any damages.

This judgment will act to release and discharge each of the Defendants, their

successors or assigns, and all past and present officers, employees, representatives, attorneys

and agents of the Defendants, from any and all claims that were or could have been alleged

by the plaintiff.

Dated:     April 21          , 2026

HON. KENNETH M. KARAS
United States District Judge